UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| CHRISTIE L. NAQUIN | CIVIL ACTION |
| VERSUS | |
| | NO. 23-543-JWD-SDJ |
| COMMISSIONER OF SOCIAL SECURITY ADMINISTRATION | |

**OPINION**

After independently reviewing the entire record in this case and for the reasons set forth in the Magistrate Judge's Report dated March 14, 2024 (Doc. 23), to which an objection (Doc. 24) was filed and considered;

**IT IS ORDERED** that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's appeal **DISMISSED** with prejudice.

Judgment shall be entered accordingly.

Signed in Baton Rouge, Louisiana, on March 28, 2024.

JUDGE JOHN W. deGRAVELLES
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA